31131:SCA:mo/7-31-17

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VINCENTE GONZALEZ, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 1:15 cv-10238 |
| ) | |
| PURDY BROS. TRUCKING CO., a foreign ) | Honorable Judge: Manish S. Shah |
| corporation and MARK DAVID TIPTON, ) | |
| INC. ) | |
| ) | Magistrate Judge: Maria Valdez |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS ACTION

IT IS HEREBY stipulated and agreed by and between the Plaintiff, VICENTE GONZALEZ and the Defendants, PURDY BROS., TRUCKING CO., and MARK DAVID TIPTON, INC., acting as their respective attorneys, that the action filed against the Defendant by the Plaintiff, VICENTE GONZALEZ, is hereby dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated ___2nd___ day of ___August___, 2017.

_____
Steven C. Armbruster
The Vrdolyak Law Group, LLC
Attorney for Plaintiff

_____
Michael R. LaBarge
LaBarge, Campbell & Lyon, LLC
Attorney for Defendants